**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SERGIO JACOBO RAMOS, | ) | NO. CV 15-3536-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., Warden, | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 23, 2015.

_S. James Otero_
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE